UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIUS C. CLARK-WILLIS #726262,

    Plaintiff,

v.

ROBERT NAPEL, et al.,

    Defendants.
_____/

Case No. 2:18-CV-7

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's June 4, 2019, Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment based on Plaintiff's failure to exhaust his administrative remedies and dismiss Plaintiff's claims against Defendants Viitala, Nadeau, and Watkins[1] without prejudice and dismiss all claims against Defendant Laitinen without prejudice, except for Plaintiff's claim that Defendant Laitinen retaliated and interfered with Plaintiff's mail by denying him postage loans on October 9, 2017. The Report and Recommendation was duly served on Plaintiff on June 5, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS HEREBY ORDERED** that the June 4, 2019, Report and Recommendation (ECF No. 25) is approved and adopted as the Opinion of the Court. Defendants' motion for summary judgment based on Plaintiff's failure to exhaust his administrative remedies (ECF No. 25) is **GRANTED** as follows: (1) all claims against Defendants Viitala, Nadeau, and

---

[1] The Report and Recommendation erroneously referred to Defendant Watkins as Defendant Dewey, which is Defendant Watkins's first name.

Watkins are **dismissed without prejudice**; and (2) all claims against Defendant Laitinen, except for Plaintiff's claim that Defendant Laitinen retaliated and interfered with Plaintiff's mail by denying him postage loans on October 9, 2017, are **dismissed without prejudice**. The case will continue on Plaintiff's claim that Defendant Laitinen retaliated and interfered with Plaintiff's mail by denying him postage loans on October 9, 2017.

Dated: July 12, 2019                              /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE