UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JULIUS C. CLARKWILLIS #726262,

    Plaintiff,                                   Case No. 2:18-CV-07

v.                                                  HON. GORDON J. QUIST

ROBERT NAPEL, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 5, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R. & R.), recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 41). The Court has reviewed the R. & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the June 5, 2020, Report and Recommendation (ECF No. 41) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 35) is **GRANTED** for the reasons set forth in the R. & R. Therefore, Plaintiff's claims are **dismissed with prejudice**.

This case is **concluded**.

A separate judgment will enter.

Dated: July 6, 2020                                                          /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE